✎AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
NORTHERN   District of   NEW YORK

UNITED STATES OF AMERICA

ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

GENNARO CORIGLIANO

Case Number: 5:06-cr-367 (DNH)
USM Number: 13480-052

Date of Previous Judgment: December 13, 2006
(Use Date of Last Amended Judgment if Applicable)

Lisa A. Peebles, Esq.
Defendant's Attorney

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 114 months **is reduced to 113 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 31                 Amended Offense Level: 29
Criminal History Category: II              Criminal History Category: II
Previous Guideline Range: 121 to 151 months    Amended Guideline Range: 120 to 121 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):This represents a sentence of 120 months minus the 7 months of custody credit under § 5G1.3(b).  Any reduction is limited by the statutory mandatory minimum sentence.

**III. ADDITIONAL COMMENTS**
_____
_____

Except as provided above, all provisions of the judgment dated December 13, 2006 shall remain in effect.
**IT IS SO ORDERED**.

April 25, 2008
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge